IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY SALAMON,                                                     No. C 11-00172 CW

     Plaintiff,                                                    ORDER RE DEFAULT

  v.

CREDITORS SPECIALTY SERVICE, INC.,

     Defendant.
                                    /

    Default having been entered by the Clerk on April 6, 2011,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, April 26, 2011 is continued to Tuesday, July 26, 2011.

Dated: 4/8/2011

                                      CLAUDIA WILKEN
                                      United States District Judge

cc: Sue