IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SALAMON,<br><br>    Plaintiff,<br><br>  v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-00172 CW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

    After the Clerk entered a default in this action on April 6, 2011, the Court ordered Plaintiff to move for default judgment within thirty days.  Docket No. 12.  The deadline expired and Plaintiff has not moved for entry of default judgment since then.  The case is dismissed without prejudice for failure to prosecute.  The case management conference set for July 26, 2011 is VACATED.

    IT IS SO ORDERED.


Dated: 7/13/2011

CLAUDIA WILKEN
United States District Judge