IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY SALAMON,                                    No. C 11-00172 CW

       Plaintiff,                          ORDER OF REFERENCE
                                                 TO MAGISTRATE JUDGE
   v.

CREDITORS SPECIALTY SERVICE, INC.,

       Defendant.
                                     /

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, September 29, 2011, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 8/24/2011

                                                     */s/ Claudia Wilken*
                                             CLAUDIA WILKEN
                                           United States District Judge

cc: Sue