IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SALAMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREDITORS SPECIALTY SERVICE INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 11-00172 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

　　The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　IT IS HEREBY ORDERED that the motion for default judgment and attorneys' fees and costs are GRANTED IN PART and DENIED IN PART. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 3/7/2012

　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge

cc: JCS: MagRef