Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, JUDY SALAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDY SALAMON, | ) | Case No.: 4:11-cv-00172-CW-JCS |
| Plaintiff, | ) ) ) | **APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM** |
| v. | ) ) | |
| CREDITORS SPECIALTY SERVICE, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

Plaintiff, JUDY SALAMON ("Plaintiff"), hereby request this Court for an Application for Reference to Magistrate Judge for Judgment Debtor Exam. On March 7, 2010, this Honorable Court granted Plaintiff's motion default judgment against CREDITORS SPECIALTY SERVICES, INC. ("Defendant") [Doc. 30] for a total award of $4,101.50. [Doc. 31]. Defendant has failed to satisfy the judgment. Therefore, Plaintiff request that the case be referred to a Magistrate Judge so that the matter may be set for a Judgment Debtor Exam pursuant to an Order of Examination.

RESPECTFULLY SUBMITTED,

DATED: March 26, 2012                KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano
    Mahadhi Corzano
    Attorneys for Plaintiff

- 1 -

APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM

## CERTIFICATE OF SERVICE

I, Mahadhi Corzano, an attorney, certify that I served a copy of Application for Reference to Magistrate Judge for Judgment Debtor Exam upon:

Creditors Specialty Services, Inc.
6610 Juniper Crest Road
Agua Dulce, CA 91390

By mailing a copy to the above address, on March 26, 2012

                                               /s/ Mahadhi Corzano
                                               Mahadhi Corzano

APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM