Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, JUDY SALAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SALAMON, <br><br> Plaintiff, <br><br> v. <br><br> CREDITORS SPECIALTY SERVICE, INC., <br><br> Defendant. | Case No.: 4:11-cv-00172-CW-JCS <br><br> **APPLICATION FOR DEBTOR EXAMINATION** |

Plaintiff, JUDY SALAMON ("Plaintiff"), hereby moves this Court for a Judgment Debtor Examination. On March 7, 2012, a Judgment was entered against the Defendant, CREDITORS SPECIALTY SERVICES, INC., in the United States District Court – Northern Division, for the sum of $4,101.50. *See* Document No. 31. To date, Defendant has failed to satisfy the Judgment. Therefore, Plaintiff moves the Court for a Judgment Debtor Examination pursuant to Federal Rule of Civil Procedure 69(a)(2), by which Plaintiff can identify specific assets, real and/or personal property of the Judgment Debtor, which may be available to satisfy Plaintiff's Judgment.

RESPECTFULLY SUBMITTED,

DATED: March 28, 2012   KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano
    Mahadhi Corzano
    Attorneys for Plaintiff

- 1 -

APPLICATION FOR DEBTOR EXAMINATION

## CERTIFICATE OF SERVICE

I, Mahadhi Corzano, an attorney, certify that I served a copy of Application for Debtor Examination upon:

Creditors Specialty Services, Inc.
6610 Juniper Crest Road
Agua Dulce, CA 91390

By mailing a copy to the above address, on March 28, 2012

                                             /s/ Mahadhi Corzano
                                             Mahadhi Corzano