Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, JUDY SALAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SALAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>　　　　Defendant. | Case No.: 4:11-cv-00172-CW-JCS<br><br>**DECLARATION OF MAHADHI CORZANO IN SUPPORT OF APPLICATION FOR DEBTOR EXAMINATION** |

I, MAHADHI CORZANO, declare:

1.　　I am an attorney with the law firm of Krohn & Moss, Ltd., attorneys for Plaintiff, JUDY SALAMON, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.　　Judgment was entered in this action on March 7, 2012 in favor of Plaintiff in the sum of $4,101.50 against Defendant CREDITORS SPECIALTY SERVICE, INC. The entire amount remains due and owing.

3.　　Plaintiff wishes to examine the judgment debtor regarding the business affairs including ownership of the company, maintenance of company's books and records, assets and the alleged secured or priority debtors.

- 1 -

DECLARATION OF MAHADHI CORZANO IN SUPPORT FOR APPLICATION FOR DEBTOR EXAMINATION

4. Rule 69 provides that proceedings in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is located.

5. California Code of Civil Procedure Section 708.110 provides a procedure for post judgment examination of the judgment debtor.

> "(a) The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment."

Plaintiffs respectfully request that the case be referred to a Magistrate Judge so that the matter may be set for a Judgment Debtor Exam pursuant to an Order of Examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2012, Los Angeles, CA.

By: /s/ Mahadhi Corzano
Mahadhi Corzano
Attorney for Plaintiff

DECLARATION OF MAHADHI CORZANO IN SUPPORT FOR APPLICATION FOR DEBTOR EXAMINATION