UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SALAMON, | ) Case No.: 4:11-cv-00172-CW-JCS |
| Plaintiff, | ) **PROPOSED ORDER** |
| v. | ) |
| CREDITORS SPECIALTY SERVICE, INC., | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that Plaintiff's Application for Debtor Examination on Defendant, Creditors Specialty Services, inc. is hereby Granted.

Dated:_____         _____
                                  Honorable Claudia Wilken

- 1 -

DECLARATION OF MAHADHI CORZANO IN SUPPORT OF APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM