IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY SALAMON,

       Plaintiff,

  v.

CREDITORS SPECIALTY SERVICE, INC.,

       Defendant.
_____/

No. C 11-00172 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Plaintiff's Application for Debtor Examination filed on March 28, 2012, is hereby referred to a United States Magistrate Judge for handling. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

Dated: 3/29/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef