UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SALAMON,

No. C 11-00172 CW (NJV)

        Plaintiff(s),

CLERK'S NOTICE

   v.

CREDITORS SPECIALTY SERVICE, INC.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that the Judgment Debtor Examination has been scheduled in this matter for June 21, 2012 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, California. Parties should contact Judge Vadas' courtroom deputy at njvcrd@cand.uscourts.gov for instructions on where to meet on that date and time.

Dated: April 27, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/_____
        Gloria Masterson
        Courtroom Deputy